IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 25-cv-01835-PAB-NRN

ADRIAN SALAZAR,

     Plaintiff,

v.

LONDONBURG, Captain,
DENISE BREWER, Nurse,
MELISSA ROGERS, Provider,
PAMALA DANG, Nursing Supervisor,
ROSALINDA VASQUEZ, Nurse,
JANET GREEN, Nurse,
OCHOA, Doctor,
CHASIN, Correctional Officer, and
NATHAN BENNION, Provider,

     Defendants.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Report and Recommendation on CDOC Defendants' Motion to Dismiss [Docket No. 51].  The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties.  Docket No. 51 at 9-10; *see also* 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on April 16, 2026.  No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** that the Report and Recommendation on CDOC Defendants' Motion to Dismiss [Docket No. 51] is **ACCEPTED**. It is further

**ORDERED** that CDOC Defendants' Motion to Dismiss [Docket No. 23] is **GRANTED**. It is further

**ORDERED** that defendants Londonburg, Rosalinda Vasquez, Janet Green, Chasin, Pamala Dang, and Nathan Bennion are dismissed from this case.[2]

DATED May 5, 2026.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous" or "contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).

[2] According to the CDOC Defendants' motion to dismiss, Docket No. 23 at 1, the correct spelling of the defendants' names are Gwendolyn Londenberg, Janet Greene, and Sally Chason.